**FILED**

July 9, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
v.                         )
                           )
OSCAR CAMPOS PADILLA,      )
                           )
        Defendant.         )

Case No. MAG. 07-0207-KJM

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release OSCAR CAMPOS PADILLA, Case No. MAG.

07-0207-KJM from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of $200,000.00.

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        _X_    Appearance Bond with Surety

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) Bond paperwork to be filed with the Court within 10 days from the date of this

order.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _July 9, 2007_ at 2:30 A.M.

By _____
        Edmund F. Brennan
        United States Magistrate Judge