1  PAUL B. MELTZER
   Attorney at Law
2  State Bar No. 077425
   511 Water Street
3  Santa Cruz, CA 95060
   (831)426-6000; FAX (831)426-2749
4
   Attorney for: OSCAR CAMPOS-PADILLA
5
                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,        ) Case Nos. CR-S-07-248 WBS
                                    )
8         Plaintiff,                )
                                    )
9     v.                            ) STIPULATION AND ORDER
                                    )
10 OSCAR CAMPOS-PADILLA,            )
                                    )
11        Defendant.                )
   _____   )
12

13     Defendant, OSCAR CAMPOS-PADILLA, by his counsel, Paul B. Meltzer, and United States Attorney, Jason Hitt, stipulate and agree to the travel request by the defendant, Oscar Campos-Padilla, as set forth in the attached order to travel to Las Vegas.
14

15 Respectfully Submitted,
16

17

18
   DATED:  April 10, 2008          By:            /S/
19                                       _____
                                         PAUL B. MELTZER; Attorney for
20                                       Defendant, OSCAR CAMPOS-PADILLA

21

22

23
   DATED: April 10, 2008           By:
24                                                /S/
                                         _____
25                                       JASON HITT; United States
                                         Attorney
26

27

28
   SFI-579462v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CASE NO. Cr.S-07-248-WBS-DAD |
| Plaintiff, | ) |
| vs. | ) ORDER |
| OSCAR CAMPOS-PADILLA | ) |
| Defendant. | ) |

GOOD CAUSE SHOWN,

　　　IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Las Vegas, NV on Friday, April 11th, 2008 at 9 A.M. and returning Sunday, April 13th, 2008 arriving at his home no later than 11 P.M.  Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

DATED:  April 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/campos-padilla0248.ord

SFI-579462v1                    2