PAUL B. MELTZER
Attorney at Law
State Bar No. 077425
511 Water Street
Santa Cruz, CA 95060
(831)426-6000; FAX (831)426-2749

Attorney for: OSCAR CAMPOS-PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos. CR-S-07-248 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| OSCAR CAMPOS-PADILLA, | ) |
| Defendant. | ) |

  Defendant, OSCAR CAMPOS-PADILLA, by his counsel, Paul B. Meltzer, and United States Attorney, Jason Hitt, stipulate and agree to the travel request by the defendant, Oscar Campos-Padilla, as set forth in the attached order to travel to Ontario, CA.

Respectfully Submitted,

DATED: January ____, 2009   By: _____

                  PAUL B. MELTZER; Attorney for
                  Defendant, OSCAR CAMPOS-PADILLA

DATED: January ____, 2009   By: _____

                  JASON HITT; United States Attorney

SFI-579462v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>OSCAR CAMPOS-PADILLA<br><br>Defendant. | No. CASE NO. Cr.S-07-248-WBS-DAD<br><br>ORDER |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Ontario, CA on Friday, January 23rd, 2009 at 10 A.M. and returning Sunday, January 25th, 2009 arriving at his home no later than 10 P.M.  Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: 01/22/09

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

Campos-padilla.ord

SFI-579462v1                                    2