UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CASE NO. Cr.S-07-248-WBS-DAD |
| Plaintiff, | ) |
| vs. | ) ORDER |
| | ) |
| OSCAR CAMPOS-PADILLA | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE SHOWN,

    IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to South Lake Tahoe, CA on Friday, February 13th, 2009 at 5 P.M. and returning Monday, February 16th, 2009 arriving at his home no later than 4 P.M. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated:  February 10, 2009.

_____
U.S. MAGISTRATE JUDGE

SFI-579462v1