```
 1  PAUL B. MELTZER
    Attorney at Law
 2  State Bar No. 077425
    511 Water Street
 3  Santa Cruz, CA 95060
    (831)426-6000; FAX (831)426-2749
 4

 5  Attorney for: OSCAR CAMPOS-PADILLA

 6                      IN THE UNITED STATES DISTRICT COURT

 7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,          ) Case No.: CR-S-07-248 WBS
                                       )
10              Plaintiff,             )
                                       )
11       vs.                           ) WAIVER OF PERSONAL APPEARANCE; ORDER
                                       )
12  OSCAR CAMPOS-PADILLA, et al.,      )
                                       )
13              Defendant              )
                                       )
14
```

15      The undersigned defendant, Oscar Campos-Padilla, hereby waives the right to be

16 present in person in open court upon the hearing of any motion or other proceeding in

17 this cause, including when the case is ordered set for trial, when a continuance is

18 ordered, and when any other action is taken by the court before trial except upon

19 impanelment of jury and trial itself.

20      The undersigned defendant hereby requests the court to proceed during every

21 absence of his which the court may permit pursuant to this waiver, and hereby agrees

22 that his interests will be deemed represented at all times by the presence of his

23 attorney the same as if the defendant himself were personally present in court, and

24 further agrees to be present in person in court when the jury is impaneled and the

25 trial is under way, or at any time it is ordered by the court.

26      The defendant further acknowledges that he has been informed of his rights

27 under Title 18 U.S.C. § 3161-3174 (The Speedy Trial Act) and authorizes his attorney

28 to set times and delays under that Act without his personal presence.


                           Waiver of Personal Appearance- 1

Dated this March 18 , 2009

/s/ _____
Oscar Campos-Padilla,
Defendant

I concur in Mr. Campos-Padilla's decision to waive his presence at future proceedings.

Dated this March 10 , 2009

/s/ _____
PAUL B. MELTZER, Attorney
for Defendant

IT IS SO ORDERED.

Dated: May 7, 2009

*William B. Shubb (signature)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Waiver of Personal Appearance- 2