UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CASE NO. Cr.S-07-248-WBS-DAD |
| Plaintiff, | ) |
| vs. | ) ORDER |
| OSCAR CAMPOS-PADILLA | ) |
| Defendant. | ) |

GOOD CAUSE SHOWN,

    IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to La Grande, CA on Friday, July 17th, 2009 and returning Sunday, July 19th, 2009.  Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated July 17, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SFI-579462v1                               2