PAUL B. MELTZER
Attorney at Law
State Bar No. 077425
511 Water Street
Santa Cruz, CA 95060
(831)426-6000; FAX (831)426-2749

Attorney for: OSCAR CAMPOS-PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos. CR-S-07-248 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| OSCAR CAMPOS-PADILLA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, OSCAR CAMPOS-PADILLA, by his counsel, Paul B. Meltzer, and United States Attorney, Jason Hitt, stipulate and agree to the travel request by the defendant, Oscar Campos-Padilla, as set forth in the attached order to travel to Reno, NV.

Respectfully Submitted,

DATED: August ____, 2009        By: _____
                                    PAUL B. MELTZER; Attorney for
                                    Defendant, OSCAR CAMPOS-PADILLA


DATED: August ____, 2009        By: _____/S/_____
                                    JASON HITT; United States Attorney

- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. CR-S-07-248 WBS -DAD |
| Plaintiff, | |
| v. | ORDER |
| OSCAR CAMPOS-PADILLA, | |
| Defendant. | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Reno, NV on Thursday, September 24th, 2009 and returning Sunday, September 27th, 2009. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: August 28, 2009

/s/ Gregory G. Hollows
Gregory Hollows, Magistrate Judge
United States District Court
Eastern District of California

Campos-padilla.ord2