PAUL B. MELTZER
Attorney at Law
State Bar No. 077425
511 Water Street
Santa Cruz, CA 95060
(831)426-6000; FAX (831)426-2749

Attorney for: OSCAR CAMPOS-PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case Nos. CR-S-07-248 WBS |
| Plaintiff,       ) | |
| v.       ) | STIPULATION AND ORDER |
| OSCAR CAMPOS-PADILLA,       ) | |
| Defendant.       ) | |

Defendant, OSCAR CAMPOS-PADILLA, by his counsel, Paul B. Meltzer, and United States Attorney, Jason Hitt, stipulate and agree to the travel request by the defendant, Oscar Campos-Padilla, as set forth in the attached order to travel to Las Vegas, NV.

Respectfully Submitted,

DATED: August 25, 2009         By: _____/S/_____

PAUL B. MELTZER; Attorney for
Defendant, OSCAR CAMPOS-PADILLA

DATED: August 25, 2009         By: _____/S/_____

JASON HITT; United States Attorney

- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR CAMPOS-PADILLA,<br><br>Defendant. | Case Nos. CR-S-07-248 WBS -DAD<br><br><br><br>ORDER |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Las Vegas, NV on Thursday, October 8th, 2009 and returning Sunday, October 11th, 2009. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: August 31, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/campos-padilla0248.stipord

- 2 -