PAUL B. MELTZER
Attorney at Law
State Bar No. 077425
511 Water Street
Santa Cruz, CA 95060
(831)426-6000; FAX (831)426-2749

Attorney for: OSCAR CAMPOS-PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR CAMPOS PADILLA,

    Defendant.

Case Nos. CR-S-07-248 WBS

STIPULATION AND ~~PROPOSED~~ ORDER

    Defendant, OSCAR CAMPOS PADILLA, by his counsel, Paul B. Meltzer, and United States Attorney, Jason Hitt, stipulate and agree to the travel request by the defendant, Oscar Campos Padilla, as set forth in the attached order to travel to Oakdale, California.

    Respectfully submitted July 30, 2010,

By: _____/S/_____
PAUL B. MELTZER; Attorney for
Defendant, OSCAR CAMPOS-PADILLA

DATED: July 30, 2010    By: _____/S/_____
JASON HITT; United States Attorney

- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. CR-S-07-248 WBS -DAD |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| OSCAR CAMPOS PADILLA, | |
| Defendant. | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos Padilla is allowed to travel to Oakdale, California on Saturday, August 14, 2010 and returning Sunday, August 15, 2010. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: August 2, 2010

_____
Dale A. Drozd, Magistrate Judge
United States District Court
Eastern District of California

- 2 -