Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
OSCAR PADILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OSCAR PADILLA,<br><br>　　　　Defendant. | Case No: 07-0248-17 WBS<br><br>**REQUEST TO EXONERATE APPEARANCE BOND**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: WILLIAM B. SHUBB** |

　　　　Defendant was released on a $200,000 appearance bond secured by the equity in two pieces of real property pending trial. One piece of property is located at 10440 Merritt Street, Castroville California 95012 and the other piece of property is located at 131 Walker Valley Road, Castroville California 95012. Defendant has been sentenced and is currently in custody serving his sentence. Defendant now requests that the appearance bond be exonerated as to each piece of property.

Dated: June 13, 2012　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Patrick K. Hanly

　　　**IT IS SO ORDERED**.

　　　Dated: June 14, 2012

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

REQUEST TO EXONERATE BOND