UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,
Plaintiff,

v.

OSCAR CAMPOS PADILLA,
Defendant.

CR. NO. 2:07-00248-17 WBS

ORDER

----oo0oo----

On November 2, 2015, defendant Oscar Campos Padilla filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1361.) The United States shall file an opposition to defendant's motion no later than August 15, 2016. Defendant may file a reply no later than August 30, 2016. The court will then take the motion under submission and will inform the parties if

oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: July 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE