HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OSCAR PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OSCAR PADILLA,<br><br>　　　　　　Defendant. | Case No. 2:07-cr-248-17  WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>Judge:  Honorable WILLIAM B. SHUBB |

　　　　Defendant Oscar Padilla, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule previously set (CR 1408).  In light of *United States v. Davis*, No. 13-30133, 2016 WL 3245043 (9th Cir. June 13, 2016), the defense supplement to the Motion to Reduce Sentence shall be filed no later than August 15, 2016; the government reply shall be filed no later than August 29, 2016; and an optional defense response shall be filed no later than September 6, 2016.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated:  July 15, 2016                              Dated:   July 15, 2016

BENJAMIN B. WAGNER                      HEATHER E. WILLIAMS
United States Attorney                           Federal Defender

 /s/ *Jason Hitt*                                          /s/ *Hannah R. Labaree*
JASON HITT                                           HANNAH R. LABAREE
Assistant U.S. Attorney                           Assistant Federal Defender

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA           OSCAR PADILLA

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the briefing schedule is extended as follows: Defense supplement is due on August 15, 2016, the government's reply is due on August 29, 2016 and an optional defense response is due on September 6, 2016.

Dated:  July 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE